# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GRANT, an individual and LITA GRANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-4726-MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>District Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed: April 20, 2020 |

The Court has reviewed the Joint Motion for Order Dismissing the Action with Prejudice, and hereby orders as follows:

The Parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: June 22, 2021, 2021

*/s/ Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: June 21, 2021

/s/ Erin E. Hanson
Erin E. Hanson

| | |
|---|---|
| Kevin Y. Jacobson, Esq.<br>**QUILL & ARROW, LLP**<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, California 90024<br>T: 310-933-4271<br>F: 310-889-0645<br>kjacobson@quillarrowlaw.com | ***Attorney for Plaintiffs***<br>**SEAN GRANT and LITA GRANT** |